# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date:  August 31, 2012 |
| Court Reporter: Terri Lindblom | Interpreter: Cathy Bahr |
| Probation Officer: Darren Streich | |

Criminal Action No.: 12-cr-00122-JLK

*Parties:*                                                                 *Counsel:*

UNITED STATES OF AMERICA,                             Robert M. Brown

    Plaintiff,

v.

JUAN FRAIRE-REYES,                                             Robert W. Pepin

    Defendant.

## SENTENCING MINUTES

**10:04 a.m.    Court in session.**

Court calls case.  Counsel present.  Defendant present in custody.

**Change of Plea Hearing: June 5, 2012.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

**ORDERED:   Motion For Downward Departure Pursuant To Section 5K3.1 (Filed 6/5/12; Doc. No. 15) is GRANTED.**

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

*12-cr-00122-JLK*
*Sentencing*
*August 31, 2012*

**ORDERED:** **Motion for Variant Sentence And Downward Departure (Filed 8/23/12; Doc. No. 22) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **12 months and 1 day.**

**SUPERVISED RELEASE:**

No term will be imposed because Defendant will be deported.  If the defendant re-enters the United States legally, he is prohibited from ever possessing a firearm or illegal possession of a controlled substance within the territorial limits of the United States.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:12 a.m.    Court in recess.**
**Hearing concluded.**
Total in-court time: 8 minutes.